athena                    11-12-2024 12:25 AM ET              515-92389363                                                    pg 4 of 5
Lowcountry Orthopaedics Member of Arcis Healthcare • 2880 Tricom Street , CHARLESTON SC 29406-9171
WHITE, Susan M (id #2289832, dob: ▓▓/▓▓/195▓)

        11/04/2024  13:23    8435531385              TAYLOR AND TAYLOR              _____    PAGE  02/03

## MEDICAL QUESTIONNAIRE
### SHAILESH PATEL, M.D.

Patient: Susan White
Date of Birth: ▓▓▓▓
Date of Injury: November 4, 2022
Page one

_____

Please note: All questions ask your opinion <u>within a reasonable degree of medical certainty</u>.

1) Has the treatment you have thus far provided to Mrs. White been reasonable, necessary, and most probably related to the motor vehicle accident of November 4, 2022?

              YES___✔              NO____

2) Do you believe that the three lumbar disc bulges seen in Mrs. White's lumbar MRI of 3/1/23 were caused by the motor vehicle accident of November 4, 2022?

              YES___✔              NO____

3) Do you believe that the Grade 1 spondylolisthesis seen in Mrs. White's MRI of 3/1/23 was aggravated by the motor vehicle accident of November 4, 2022?

              YES___✔              ---NO_____

4) a) Do you believe that Mrs. White could require surgical intervention in her lumbar spine in the future as a result of this motor vehicle accident?

              YES___✔              NO____

_____

_____

b) How likely is Mrs. White to require lumbar surgery in the future?

I believe it is more likely than not, she will need a lumbar surgery in her lifetime.

_____

1



Fax transmission job no. 515-92389363 from athena was interrupted at 11-12-2024 12:25 AM ET
after delivering 4 of 5 pages. This fax is a continuation from page 5

Lowcountry Orthopaedics Member of Arcis Healthcare • 2880 Tricom Street, CHARLESTON SC 29406-9171

**WHITE, Susan M (id #2289832, dob:** ▮▮▮▮▮▮**)**

11/04/2024  13:23    8435531305                    TAYLOR AND TAYLOR                    PAGE  03/03

## MEDICAL QUESTIONNAIRE
### SHAILESH PATEL, M.D.

Patient: Susan White
Date of Birth: ▮▮▮▮▮
Date of Injury: November 4, 2022
Page two

c) Under what circumstances do you believe Mrs. White would require surgery?

Failing conservative treatment, she will need a surgical consult with a spine surgeon to discuss specific operative intervention.

*SMP*

Shailesh Patel, M.D.

11-04-2024

Date

2