

# SHAILESH M. PATEL, MD

2:25-cv-02342-RMG    Date Filed 06/20/25    Entry Number 19-2    Page 2 of 7

INTERVENTIONAL PAIN MANAGEMENT

# BIOGRAPHY

Dr. Shailesh Patel is a fellowship-trained pain management specialist who focuses on conservative treatment options such as spinal injections, physical therapy, and medications to diagnose and treat spinal pain.

Dr. Patel is board certified in Physical Medicine and Rehabilitation and Pain Medicine.

After graduating from Duke University with honors, Dr. Patel earned his medical degree from the University of South Carolina. He then completed residency training at Baylor College of Medicine in Houston, Texas, where he focused on outpatient musculoskeletal pain syndromes with an emphasis on conservative treatment of the back and neck.

To pursue a specialty in spinal pain syndromes, Dr. Patel enlisted at UCLA's prestigious Pain Management Fellowship Program for further training, where he became proficient in fluoroscopically-guided spinal interventions. Dr. Patel is also trained in Electrodiagnostic Medicine (EMG/NCS), which utilizes nerve tests performed in the office to aid in the diagnosis and prognosis of spinal and peripheral nerve injury.

"As a Pain Management specialist, I aim to use a multi-disciplined, holistic approach to treating pain. My ultimate goal is to effectively manage my patient's pain symptoms so as to give them some semblance of normalcy, answers, and most importantly, hope."

# AREAS OF EXPERTISE

# EDUCATION & TRAINING

**M.D.**

UNIVERSITY OF SOUTH CAROLINA

Columbia, SC

**B.S.**

DUKE UNIVERSITY

Durham, NC

| | |
|---|---|
| **PHYSICAL MEDICINE & REHABILITATION RESIDENCY** | BAYLOR COLLEGE OF MEDICINE<br><br>Houston, TX |
| **PAIN MANAGEMENT FELLOWSHIP** | UNIVERSITY OF CALIFORNIA<br><br>Los Angeles, CA |

# PROFESSIONAL ASSOCIATIONS & AFFILIATIONS

## ASSOCIATIONS

AMERICAN ACADEMY OF PHYSICAL MEDICINE AND REHABILITATION

AMERICAN ACADEMY OF PAIN MEDICINE

SOUTH CAROLINA MEDICAL ASSOCIATION

## HOSPITALS

LOWCOUNTRY OUTPATIENT SURGERY CENTER

TRIDENT MEDICAL CENTER

SUMMERVILLE MEDICAL CENTER

# CERTIFICATION & LICENSURE

## BOARD CERTIFIED

### PHYSICAL MEDICINE AND REHABILITATION
### PAIN MEDICINE

## STATE LICENSURE

### SOUTH CAROLINA

# EDUCATION & TRAINING

## M.D.

### UNIVERSITY OF SOUTH CAROLINA
Columbia, SC

## B.S.

### DUKE UNIVERSITY

Durham, NC

## PHYSICAL MEDICINE & REHABILITATION RESIDENCY

### BAYLOR COLLEGE OF MEDICINE

Houston, TX

## PAIN MANAGEMENT FELLOWSHIP

### UNIVERSITY OF CALIFORNIA

Los Angeles, CA

# PROFESSIONAL ASSOCIATIONS & AFFILIATIONS

## ASSOCIATIONS

AMERICAN ACADEMY OF PHYSICAL MEDICINE AND REHABILITATION

AMERICAN ACADEMY OF PAIN MEDICINE

SOUTH CAROLINA MEDICAL ASSOCIATION

## HOSPITALS

LOWCOUNTRY OUTPATIENT SURGERY CENTER

TRIDENT MEDICAL CENTER

SUMMERVILLE MEDICAL CENTER

# CERTIFICATION & LICENSURE

## BOARD CERTIFIED

### PHYSICAL MEDICINE AND REHABILITATION
### PAIN MEDICINE

## STATE LICENSURE

### SOUTH CAROLINA



2880 Tricom Street
N. Charleston, SC 29406



93B Springview Lane
Summerville, SC 29485



130 East Third North Street
Summerville, SC 29483



1951 Clements Ferry Road
Charleston, SC 29492

